IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**REGIONS BANK, d/b/a Ascentium**　　　　　　　　　　　　　　　　**PLAINTIFF**
**Capital, as Successor by Merger to**
**Ascentium Capital LLC**

v.　　　　　　　CASE NO. 2:24-CV-00064-BSM

**MILLARD IMON CUMMINGS;**
**CAROL CUMMINGS;**
**MILLARD ANTHONY CUMMINGS;**
**and CUMMINGS TRUCKING, INC.**　　　　　　　　　　**DEFENDANTS**

## DEFAULT JUDGMENT

Consistent with the order entered today, judgment is entered for Regions Bank with post-judgment interest accruing in accordance with 28 United States Code section 1961 for $243,204.01 jointly and severally against Millard Imon Cummings, Carol Cummings, Millard Anthony Cummings, and Cummings Trucking, Inc.

IT IS SO ORDERED this 16th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE