# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**REGIONS BANK, d/b/a Ascentium**                                         **PLAINTIFF**
**Capital, as Successor by Merger to**
**Ascentium Capital LLC**

**v.**                      **CASE NO. 2:24-CV-00064-BSM**

**MILLARD IMON CUMMINGS;**
**SHIRLEY CAROLYN CUMMINGS**
**f/k/a Carol Cummings;**
**MILLARD ANTHONY CUMMINGS;**
**and CUMMINGS TRUCKING, INC.**                                **DEFENDANTS**

## AMENDED DEFAULT JUDGMENT

Consistent with the orders entered on September 16, 2024 [Doc. No. 12] and today, judgment is entered for Regions Bank with post-judgment interest dating back to September 16, 2024 accruing in accordance with 28 United States Code section 1961 for $243,204.01 jointly and severally against Millard Imon Cummings, Shirley Carolyn Cummings, Millard Anthony Cummings, and Cummings Trucking, Inc.

IT IS SO ORDERED this 20th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE